PEOPLE v WOODARD. (Docket No. 57808.) Leave to appeal is considered, and, it appearing to this Court that the cases of *People v Wynn* (Docket No. 56977), *People v Pearson* (Docket No. 57147), and *People v Schwartz* (Docket No. 57273), are presently pending on appeal before this Court and that the decision in those cases may be decisive of the issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in those cases. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Maura D. Corrigan,* Assistant Prosecuting Attorney, for the people, appellant. *Fink & LaRene* for defendant-appellee. Case below, Court of Appeals No. 18861, per curiam opinion of November 10, 1975.

PEOPLE v FIORINI. (Docket No. 56811.) The motion by defendant-appellant for reconsideration of this Court's order of November 25, 1975 (395 Mich 790), is considered and the same hereby is denied because it does not appear that said order was entered erroneously. State Appellate Defender for defendant-appellant. Reported below: (On Rehearing) 59 Mich App 243.

PEOPLE v GOODSPEED. (Docket No. 57496.) The motion by defendant-appellant for reconsideration of this Court's order of February 25, 1976 (396 Mich 832) is considered and the same is denied because it does not appear that said order was entered erroneously. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *John Smietanka,* Prosecuting Attorney, and *Sally M. Zack,* Assistant Prosecuting Attorney, for the people. *Butzbaugh, Page, Butzbaugh & Dewane* for defendant-appellant. Case below, Court of Appeals No. 22402, per curiam opinion of August 29, 1975.

LEVIN, J., would grant reconsideration and on reconsideration grant leave to appeal.